# EMPLOYEE INFORMATION SHEET
Complete this form for each employee.

## General Information

| | |
|---|---|
| Employee Name | Kaitlin Brady |
| Address | 911 Par One Court |
| City, State, Zip | Fort Mill SC 29715 |
| Email Address | Kaitlin.brady@cchsmail.org |

| | |
|---|---|
| Birth Date | MM 11 / DD 09 / YY 90 |
| Hire Date | MM ___ / DD ___ / YY ___ |
| Social Security No. | [redacted] |
| Gender | ☑ Female ☐ Male |

## Direct Deposit Information

Will this employee be paid by direct deposit?

☑ Yes. If so, please complete the Authorization of Direct Deposit form

☐ No

## Tax Information

Please attach or specify the following information for this employee:

☑ Attach completed federal Form W-4

☐ Attach completed state withholding form. *Only applicable if state income tax and filing status/allowances are different from federal*

☐ Specify any payroll taxes that this employee is exempt from, such as state unemployment, social security, or Medicare:
_____

☐ Specify any local taxes that need to be withheld from this employee's paycheck:
_____

Notes:

## Pay Information

Which types of pay does this employee receive?

☐ Salary $_____ per _____

Hourly Rates (up to 8 different)
- ☐ $ 25 / hour
- ☐ $____ / hour
- ☐ $____ / hour
- ☐ $____ / hour
- ☐ $____ / hour
- ☐ $____ / hour
- ☐ $____ / hour
- ☐ $____ / hour

☑ Overtime Pay
☐ Double Overtime
☐ Sick Pay
☑ Holiday Pay
☑ Vacation Pay
☐ Bonus
☐ Commission
☐ Allowance
☐ Reimbursement
☐ Cash Tips
☐ Paycheck Tips

☐ Clergy Housing (Cash)
☐ Clergy Housing (In-Kind)
☐ Bereavement Pay
☐ Group Term Life Insurance
☐ S-Corp Owners Health Ins.
☐ Personal Use of Company Car
☐ Other: _____

| Pay Frequency | Payday details |
|---|---|
| [✓] Every Week | Date(s) or day(s) employees paid __Every Friday__ |
| [ ] Every Other Week | (for example, the 1st and 15th of the month) |
| [ ] Twice a Month | |
| [ ] Every Month | Period Covered __Week__ |
| [ ] Other_____ | (for example, Paycheck on the 1st covers the 16th to the end of the prior month) |

## Payroll Deductions

Select the voluntary deductions that apply and enter the $ or % amount to be deducted from each paycheck.

| Deduction | $ Amount or % of Gross | Deduction | $ Amount or % of Gross |
|---|---|---|---|
| [ ] Pre-tax medical | | [ ] 403(b) | |
| [ ] Pre-tax vision | | [ ] Simple IRA | |
| [ ] Pre-tax dental | | [ ] SARSEP | |
| [ ] Taxable medical | | [ ] Medical expense FSA | |
| [ ] Taxable vision | | [ ] Dependent care FSA | |
| [ ] Taxable dental | | [ ] Loan Repayment | |
| [ ] 401(k) | | [ ] Cash Advance Repayment | |
| [ ] Simple 401(k) | | [ ] Other _____ | |

Is this employee subject to wage garnishments, such as a federal tax or child support garnishment?
[ ] Yes   If so, attach copies of all garnishment orders
[✓] No

## Sick and Vacation

If this employee earns paid time off, complete the section below; otherwise, leave blank.

| Sick Pay | | Vacation Pay | |
|---|---|---|---|
| No. of Hours Earned Per Year | 40 | No. of Hours Earned Per Year | 70 |
| Max. hours accrued per year (if any) | | Max. hours accrued per year (if any) | |
| Current Balance | 20 | Current Balance | 40 |

Hours are accrued:
[✓] As a lump sum at the beginning of year
[ ] Each pay period
[ ] Each hour worked

Hours are accrued:
[✓] As a lump sum at the beginning of year
[ ] Each pay period
[ ] Each hour worked

## Notes

A Step Above_0001153

# EMPLOYER INFORMATION SHEET

## General

Business Name: A Step Above Limo
Business Address: 1917 Scott Futrell Dr
City, State, Zip: Charlotte NC 28208
Filing Name (if different): ___
Filing Address (if different): ___
City, State, Zip: ___

Contact Name: Kaitlin Bradey
Phone: 704-605-1108
Fax: ___
Email: management.asals@gmail.org

Company Type: ○ S-Corp   ○ C-Corp   ✓ LLC   ○ LLP   ○ Partnership
○ Sole Proprietor   ○ 501c3   ○ Other ___

## Direct Deposit

Employer Bank Routing Number: [Confidential]
Employer Bank Account Number: ___

Principal Officer's Name: Ayman Abusamak
Principal's Social Security Number: ___
Principal's Date Of Birth: 4/6/75

Federal law requires that we store and verify information about the principal officer to help prevent money laundering and the funding of terrorist activity. The principal officer is the person who is the main contact for the bank account from which electronic payments (including direct deposit) are made.

## Payroll

No. of W-2 employees: 3
No. of 1099 contractors to be paid through payroll: 1
First Date To Run Payroll: MM 8 / DD 3 / YY 18
Federal EIN [Confidential]   ☐ Applied For
State Employer Account No. ___   ☐ Applied For
State Unemployment No. ___   ☐ Applied For
State Unemployment Insurance Rate ___% (if known)
Other state tax rates, if applicable: ___

Federal Deposit Schedule
☐ Monthly
✓ Semi-Weekly
☐ Other ___

State Deposit Schedule
*Only applicable to states with income tax*
✓ Same as federal
☐ Other ___