

| Posting Date | 2019 Jun 12 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10080 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
06/14/2019

Check Number
10083

PAY  ***Seven Hundred Seven & 34/100**********************************************************

Amount
$707.34

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| | |
|---|---|
| Posting Date | 2019 Jun 21 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10083 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
06/21/2019

Check Number
10086

Amount
$707.34

PAY    ***Seven Hundred Seven & 34/100***************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

ENDORSE HERE

| | |
|---|---|
| Posting Date | 2019 Jul 02 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10086 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above **A Step Above Limousine Service**
1917 Scott Futrell Dr
Charlotte, NC 28208
704-505-1108

Fifth Third
Charlotte, NC
66-73/631

Check Date
06/28/2019

Check Number
10089

Amount
$707.34

PAY ***Seven Hundred Seven & 34/100*****************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Jul 03 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10089 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
07/05/2019

Check Number
10091

Amount
$707.34

PAY    ***Seven Hundred Seven & 34/100*******************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Jul 09 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10091 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



**A Step Above Limousine Service**
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC

66-73/531

Check Date
07/12/2019

Check Number
10093

Amount
$707.34

PAY ***Seven Hundred Seven & 34/100***********************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Jul 17 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10093 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
07/19/2019

Check Number
10095

Amount
$707.34

PAY   ***Seven Hundred Seven & 34/100***************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE

| | |
|---|---|
| Posting Date | 2019 Jul 25 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10095 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
07/26/2019

Check Number
10097

Amount
$707.34

PAY    ***Seven Hundred Seven & 34/100***************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

ENDORSE HERE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

DATE

| | |
|---|---|
| Posting Date | 2019 Jul 31 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10097 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
08/02/2019

Check Number
10099

PAY    ***Seven Hundred Seven & 34/100***********************************************

Amount
$707.34

TO THE    Kaitlin Brady
ORDER    911 Par One Court
OF    Fort Mill, SC 29715

| | |
|---|---|
| Posting Date | 2019 Aug 05 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10099 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | | 4161 |
|---|---|---|
| **A Step Above Limousine Service** | | |
| 3377 Weston Street | | |
| Charlotte, NC 28209 | | 66-73/531 |
| (704) 605-1108 | | |

DATE 8/6/19

PAY TO THE ORDER OF ___Kaitlin Brady___ |$ 500.00

___Five hundred dollars___ DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR ___Bonus___

777

15095

| | |
|---|---|
| Posting Date | 2019 Aug 07 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4161 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
68-73/531

Check Date
08/09/2019

Check Number
10101

PAY ***Seven Hundred Seven & 34/100***********************************************************

Amount
$707.34

TO THE
ORDER
OF
Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Aug 14 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10101 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
08/16/2019

Check Number
10103

Amount
$707.34

PAY    ***Seven Hundred Seven & 34/100***********************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Aug 20 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10103 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
3377 Weston Street
Charlotte, NC 28209
(704) 805-1108

4191

66-73/531

DATE 8/25/19

PAY TO THE ORDER OF Kaitlin Brady                                    $ 707 34

Seven hundred and seven & 34/100                          DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR Pay

786
9809

| | |
|---|---|
| Posting Date | 2019 Aug 26 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 4191 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
3377 Weston Street
Charlotte, NC 28209
(704) 805-1108

4134

DATE 8/30/19

PAY TO THE ORDER OF Kaitlin Brady

$ 707 34

Seven hundred and seven & 34/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

| | |
|---|---|
| Posting Date | 2019 Sep 04 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 4134 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
09/06/2019

Check Number
10112

Amount
$707.34

PAY ***Seven Hundred Seven & 34/100***************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| | |
|---|---|
| Posting Date | 2019 Sep 11 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10112 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1105

Fifth Third
Charlotte, NC
66-73/531

Check Date
09/13/2019

Check Number
10116

PAY    ***Seven Hundred Seven & 34/100***********************************************

Amount
$707.34

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| Posting Date | 2019 Sep 17 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10116 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
704-605-1108

Fifth Third
Charlotte, NC
66-73/531

Check Date
09/20/2019

Check Number
10120

Amount
$707.34

PAY ***Seven Hundred Seven & 34/100*************************************************

TO THE
ORDER
OF

Kaitlin Brady
911 Par One Court
Fort Mill, SC 29715

| | |
|---|---|
| Posting Date | 2019 Sep 23 |
| DB/CR Indicator | Debit |
| Amount | $707.34 |
| Posting Check Number | 10120 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Payroll Check Number: 999
Pay Date: 09/30/2019

66-73/531

Pay to the order of:
This amount:

Kaitlin Brady

SEVEN HUNDRED TWENTY TWO AND 03/100

$722.03

Fifth Third Bank

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Y 769953386

786

98561

DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE

KNOW YOUR ENDORSER! - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2019 Oct 01 |
| DB/CR Indicator | Debit |
| Amount | $722.03 |
| Posting Check Number | 999 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28206

66-73/531

**Payroll Check Number:** 999
**Pay Date:** 09/30/2019

Pay to the order of:
This amount:

Kaitlin Brady

SEVEN HUNDRED TWENTY TWO AND 03/100

**$722.03**

5th Third Bank

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

Y 769953386

786
98561

| Posting Date | 2019 Oct 01 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $722.03 |
| Posting Check Number | 999 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2019 Oct 07 |
| DB/CR Indicator | Debit |
| Amount | $722.03 |
| Posting Check Number | 1004 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

## Earnings Statement



Period Starting: 10/11/2019
Period Ending: 10/17/2019
Pay Date: 10/11/2019

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:   2         Federal:
  State:     2         State:
  Local:     0         Local:
Social Security Number:   XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 2700.00 |
| **Gross Pay** | | | **$900.00** | $2,700.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 228.36 |
| Social Security | -55.80 | 167.40 |
| Medicare | -13.05 | 39.15 |
| North Carolina State Income | -33.00 | 99.00 |
| **Net Pay** | **$722.03** | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**       10/11/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KE / GVL 25137257 | 01/ | 400387 | 1 of 1 |

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

## Earnings Statement



Period Starting: 10/18/2019
Period Ending: 10/24/2019
Pay Date: 10/18/2019

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 3600.00 |
| Gross Pay | | | **$900.00** | $3,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 304.48 |
| Social Security | -55.80 | 223.20 |
| Medicare | -13.05 | 52.20 |
| North Carolina State Income | -33.00 | 132.00 |
| Net Pay | **$722.03** | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          10/18/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

## Earnings Statement



Period Starting:    10/25/2019
Period Ending:      10/31/2019
Pay Date:           10/25/2019

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
    Federal:    2               Federal:
    State:      2               State:
    Local:      0               Local:
Social Security Number:   XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 4500.00 |
| Gross Pay | | | **$900.00** | $4,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 380.60 |
| Social Security | -55.80 | 279.00 |
| Medicare | -13.05 | 65.25 |
| North Carolina State Income | -33.00 | 165.00 |
| Net Pay | **$722.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          10/25/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 11/01/2019
Period Ending: 11/07/2019
Pay Date: 11/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
Federal: 2     Federal:
State: 2     State:
Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 5400.00 |
| Gross Pay | | | **$900.00** | $5,400.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 456.72 |
| Social Security | -55.80 | 334.80 |
| Medicare | -13.05 | 78.30 |
| North Carolina State Income | -33.00 | 198.00 |
| Net Pay | **$722.03** | |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**     11/01/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 11/15/2019
Period Ending: 11/21/2019
Pay Date: 11/08/2019

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 2    Federal:
  State: 2    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 6300.00 |
| **Gross Pay** | | | **$900.00** | $6,300.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 532.84 |
| Social Security | -55.80 | 390.60 |
| Medicare | -13.05 | 91.35 |
| North Carolina State Income | -33.00 | 231.00 |
| **Net Pay** | **$722.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**     11/08/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 11/01/2019
Period Ending: 11/07/2019
Pay Date: 11/15/2019

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 8100.00 |
| Gross Pay | | | **$900.00** | $8,100.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 685.08 |
| Social Security | -55.80 | 502.20 |
| Medicare | -13.05 | 117.45 |
| North Carolina State Income | -33.00 | 297.00 |
| Net Pay | **$722.03** | |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:** 11/15/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28269
(704) 605-1108

4375

66-73/531

DATE 11/22/19

PAY TO THE ORDER OF Kaitlin Brady $ 722 00

Seven hundred and twenty two $2, 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 11/11 - 11/17

1113

50215

| | |
|---|---|
| Posting Date | 2019 Nov 25 |
| DB/CR Indicator | Debit |
| Amount | $722.00 |
| Posting Check Number | 4375 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

# Earnings Statement



A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Period Starting:     11/22/2019
Period Ending:     11/28/2019
Pay Date:     11/29/2019

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
    Federal:     2          Federal:
    State:     2          State:
    Local:     0          Local:
Social Security Number:     XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | | 0.00 | 900.00 | 8100.00 |
| **Gross Pay** | | | **$900.00** | $8,100.00 |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | -76.12 | 685.08 |
| Social Security | -55.80 | 502.20 |
| Medicare | -13.05 | 117.45 |
| North Carolina State Income | -33.00 | 297.00 |
| **Net Pay** | **$722.03** | |

| Deposits account number | transit/ABA | amount |
| --- | --- | --- |
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**     11/29/2019

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 11/29/2019
Period Ending: 12/05/2019
Pay Date: 12/06/2019

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 9900.00 |
| Gross Pay | | | $900.00 | $9,900.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 837.32 |
| Social Security | -55.80 | 613.80 |
| Medicare | -13.05 | 143.55 |
| North Carolina State Income | -33.00 | 363.00 |
| Net Pay | $722.03 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:** 12/06/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 12/06/2019
Period Ending: 12/12/2019
Pay Date: 12/13/2019

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:    2              Federal:
  State:      2              State:
  Local:      0              Local:
Social Security Number:   XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | | 0.00 | 900.00 | 10800.00 |
| | | | | |
| Gross Pay | | | **$900.00** | $10,800.00 |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | -76.12 | 913.44 |
| Social Security | -55.80 | 669.60 |
| Medicare | -13.05 | 156.60 |
| North Carolina State Income | -33.00 | 396.00 |
| | | |
| Net Pay | **$722.03** | |

| Deposits account number | transit/ABA | amount |
| --- | --- | --- |
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          12/13/2019

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

# Earnings Statement



A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Period Starting:    12/13/2019
Period Ending:      12/19/2019
Pay Date:           12/20/2019

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | Tax Override: |
| Federal:  2 | Federal: |
| State:    2 | State: |
| Local:    0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 11700.00 |
| **Gross Pay** | | | **$900.00** | $11,700.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 989.56 |
| Social Security | -55.80 | 725.40 |
| Medicare | -13.05 | 169.65 |
| North Carolina State Income | -33.00 | 429.00 |
| **Net Pay** | **$722.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          12/20/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 12/20/2019
Period Ending: 12/26/2019
Pay Date: 12/27/2019

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 12600.00 |
| **Gross Pay** | | | **$900.00** | $12,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.12 | 1065.68 |
| Social Security | -55.80 | 781.20 |
| Medicare | -13.05 | 182.70 |
| North Carolina State Income | -33.00 | 462.00 |
| **Net Pay** | **$722.03** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 722.03 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          12/27/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 722.03 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 12/27/2019
Period Ending: 01/02/2020
Pay Date: 01/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 2     Federal:
  State: 2     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 900.00 |
| **Gross Pay** | | | **$900.00** | $900.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.05 | 76.05 |
| Social Security | -55.80 | 55.80 |
| Medicare | -13.05 | 13.05 |
| North Carolina State Income | -32.00 | 32.00 |
| **Net Pay** | **$723.10** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 723.10 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**      01/03/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.10 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

# Earnings Statement

**ADP**

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Period Starting: 01/03/2020
Period Ending: 01/09/2020
Pay Date: 01/10/2020

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:  2               Federal:
  State:   2               State:
  Local:   0               Local:
Social Security Number:   XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1150.00 | 2050.00 |
| **Gross Pay** | | | **$1,150.00** | $2,050.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −120.42 | 196.47 |
| Social Security | −71.30 | 127.10 |
| Medicare | −16.68 | 29.73 |
| North Carolina State Income | −45.00 | 77.00 |
| **Net Pay** | **$896.60** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 896.60 |

Your federal taxable wages this period are  $1,150.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**      01/10/2020

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 896.60 |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement

ADP

Period Starting: 01/10/2020
Period Ending: 01/16/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
    Federal:    2                Federal:
    State:      2                State:
    Local:      0                Local:
Social Security Number:    XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1150.00 | 3200.00 |
| | | | | |
| Gross Pay | | | $1,150.00 | $3,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -119.58 | 316.05 |
| Social Security | -71.30 | 198.40 |
| Medicare | -16.67 | 46.40 |
| North Carolina State Income | -45.00 | 122.00 |
| | | |
| Net Pay | $897.45 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 897.45 |

Your federal taxable wages this period are  $1,150.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**          01/17/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 897.45 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28269
(704) 605-1108

4482

66-73/531

DATE 1/22/20

PAY TO THE ORDER OF Kaitlin Brady                          $ 5,000 00

Five thousand and 00/100 —————————— DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Bonus

253279439
Mobile Deposit
01/23/20-01:51:56
002389925

| | |
|---|---|
| Posting Date | 2020 Jan 24 |
| DB/CR Indicator | Debit |
| Amount | $5,000.00 |
| Posting Check Number | 4482 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement

ADP®

Period Starting:      01/17/2020
Period Ending:       01/23/2020
Pay Date:             01/24/2020

Taxable Marital Status:    Single
Exemptions/Allowances:           Tax Override:
   Federal:    2         Federal:
   State:      2         State:
   Local:      0         Local:
Social Security Number:    XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1150.00 | 4350.00 |
| Gross Pay | | | $1,150.00 | $4,350.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -119.58 | 435.63 |
| Social Security | -71.30 | 269.70 |
| Medicare | -16.68 | 63.08 |
| North Carolina State Income | -45.00 | 167.00 |
| Net Pay | $897.44 | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 897.44 |

Your federal taxable wages this period are  $1,150.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**              01/24/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 897.44 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

## Earnings Statement



Period Starting: 01/24/2020
Period Ending: 01/30/2020
Pay Date: 01/31/2020

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:   2     Federal:
  State:   2     State:
  Local:   0     Local:
  Social Security Number:   XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 5250.00 |
| Gross Pay | | | **$900.00** | $5,250.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -75.59 | 511.22 |
| Social Security | -55.80 | 325.50 |
| Medicare | -13.05 | 76.13 |
| North Carolina State Income | -32.00 | 199.00 |
| Net Pay | **$723.56** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 723.56 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**     01/31/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.56 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KE / GVL 25137257 | 01/ | 597540 | 1 of 1 |

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting: 01/31/2020
Period Ending: 02/06/2020
Pay Date: 02/07/2020

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 2       Federal:
  State: 2       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 6150.00 |
| **Gross Pay** | | | **$900.00** | $6,150.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -75.59 | 586.81 |
| Social Security | -55.80 | 381.30 |
| Medicare | -13.05 | 89.18 |
| North Carolina State Income | -32.00 | 231.00 |
| **Net Pay** | **$723.56** | |

| Deposits | | | |
|---|---|---|---|
| account number | | transit/ABA | amount |
| XXXXXX0867 | | XXXXXXXXX | 723.56 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**      02/07/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.56 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4522

APM

66-73/531

DATE 2/14/2020

PAY TO THE ORDER OF _Kaitlin Brady_ $ 722.00

_Seven hundred Twenty Two dollars_ 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR _Payroll_

67666

770

| | |
|---|---|
| Posting Date | 2020 Feb 14 |
| DB/CR Indicator | Debit |
| Amount | $722.00 |
| Posting Check Number | 4522 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4547

56-73/531

DATE 2/28/20

PAY TO THE ORDER OF Kaitlin Brady                    $ 724.00

Seven hundred and twenty-four & 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 2/17 - 2/23

31752

770

| | |
|---|---|
| Posting Date | 2020 Feb 28 |
| DB/CR Indicator | Debit |
| Amount | $724.00 |
| Posting Check Number | 4547 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

# Earnings Statement



Period Starting:     02/24/2020
Period Ending:      03/05/2020
Pay Date:            03/06/2020

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 2 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 7950.00 |
| **Gross Pay** | | | **$900.00** | $7,950.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -75.59 | 737.99 |
| Social Security | -55.80 | 492.90 |
| Medicare | -13.05 | 115.28 |
| North Carolina State Income | -32.00 | 295.00 |
| **Net Pay** | **$723.56** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 723.56 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**     03/06/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.56 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

# Earnings Statement



Period Starting: 03/02/2020
Period Ending: 03/08/2020
Pay Date: 03/13/2020

| | | |
|---|---|---|
| Taxable Marital Status: | Single | |
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 2 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 8850.00 |
| **Gross Pay** | | | **$900.00** | $8,850.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -75.59 | 813.58 |
| Social Security | -55.80 | 548.70 |
| Medicare | -13.05 | 128.33 |
| North Carolina State Income | -32.00 | 327.00 |
| **Net Pay** | **$723.56** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 723.56 |

Your federal taxable wages this period are $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Pay Date: 03/13/2020

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.56 |

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

A Step Above_0002575

**Earnings Statement**



A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

Period Starting:    03/09/2020
Period Ending:    03/15/2020
Pay Date:    03/20/2020

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
    Federal:    2    Federal:
    State:    2    State:
    Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 9750.00 |
| Gross Pay | | | **$900.00** | $9,750.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -75.59 | 889.17 |
| Social Security | -55.80 | 604.50 |
| Medicare | -13.05 | 141.38 |
| North Carolina State Income | -32.00 | 359.00 |
| Net Pay | **$723.56** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0867 | XXXXXXXXX | 723.56 |

Your federal taxable wages this period are  $900.00

A Step Above Limousine Service
1917 Scott Futrell Drive
Charlotte, NC 28208

**Pay Date:**    03/20/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0867 | XXXXXXXXX | 723.56 |

THIS IS NOT A CHECK

Kaitlin Brady
911 Par One Court
Fort Mill, NC 29715



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4635

66-73/531

DATE 8/25/20

PAY TO THE ORDER OF Kaitlin Brady

$ 500.00

Five hundred and 80/100 DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR Survival

636902327

770

| Posting Date | 2020 Aug 26 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4635 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
(704) 609-1108

4625

DATE 8/31/20

PAY TO THE ORDER OF Kaitlin Brady | $ 500.00

Five hundred and 00/100 _____ DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

| Posting Date | 2020 Aug 31 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4625 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4642

66-73/531

DATE 9/10/20

PAY TO THE ORDER OF Kaitlin Brady                    $ 500.00

Five hundred dollars    00/100                    DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

| Posting Date | 2020 Sep 11 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4642 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4674

66-73/531

DATE 10/7/20

PAY TO THE ORDER OF Kaitlin Brady

$ 787 00

Seven hundred and eighty-seven & 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

101080428
770

| | |
|---|---|
| Posting Date | 2020 Oct 08 |
| DB/CR Indicator | Debit |
| Amount | $787.00 |
| Posting Check Number | 4674 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4663

66-73/531

DATE 10/19/20

PAY TO THE ORDER OF Kaitlin Brady

$ 215.00

Two hundred and fifteen & 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll



773

| | |
|---|---|
| Posting Date | 2020 Oct 20 |
| DB/CR Indicator | Debit |
| Amount | $215.00 |
| Posting Check Number | 4663 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4496

66-73/531

DATE 10/26/20

PAY TO THE ORDER OF Kaitlin Brady

$ 500.00

Five hundred dollars and 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

1145205785
779

Kaitlin Brady

| | |
|---|---|
| Posting Date | 2020 Oct 27 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4496 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4347

66-73/531

DATE 11/17/20

PAY
TO THE
ORDER OF Kaitlin Brady | $ 500 00

Five hundred and 00/100 DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR Payroll

| Posting Date | 2020 Nov 18 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4347 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4538

66-73/531

DATE 11/24/20

PAY TO THE ORDER OF Kaitlin Brady                              $ 1,000 00

One thousand and 00/100                                        DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

14411971

770

| | |
|---|---|
| Posting Date | 2020 Nov 24 |
| DB/CR Indicator | Debit |
| Amount | $1,000.00 |
| Posting Check Number | 4538 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

| | |
|---|---|
| Posting Date | 2020 Dec 16 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4686 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
(704) 605-1108

4689

66-73/531

DATE 12/20/20

PAY TO THE ORDER OF Kaitlin Brady                    $ 500 00

Five hundred and 00/100                              DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

11 de 7625740
770

| | |
|---|---|
| Posting Date | 2020 Dec 21 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4689 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

A Step Above
Limousines

4695

66-73/531

DATE 12/30/20

PAY TO THE ORDER OF Kaitlin Brady $ 500.00

Five hundred and 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll

786

174590116l



| | |
|---|---|
| Posting Date | 2020 Dec 30 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4695 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Jan 11 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4702 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4698

DATE 1/28/21

PAY
TO THE
ORDER OF Kaitlin Brady    $ 500 00

Five hundred and 00/100    DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Jan Payroll

786

2009l354-0

| | |
|---|---|
| Posting Date | 2021 Jan 28 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4698 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28269
(704) 605-1108

4709

66-73/531

DATE 2/9/21

PAY TO THE ORDER OF Kaitlin Bindy

$ 500.00

Five hundred and 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Payroll Feb 14 - Jan 31

| | | |
|---|---|---|
| Posting Date | 2021 Feb 09 | |
| DB/CR Indicator | Debit | |
| Amount | $500.00 | |
| Posting Check Number | 4709 | |
| Posting Account Number | | |
| Posting Seq Number | | |
| Tran Code | | |
| ABA/RT Number | | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4539

66-73/531

DATE 2/24/21

PAY TO THE ORDER OF Kaitlin Brady              $ 500⁰⁰

Five hundred and ⁰⁰/₁₀₀ ——————— DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR Feb Payroll

786

2 260736925



| | |
|---|---|
| Posting Date | 2021 Feb 24 |
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4539 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-110B

4715

66-73/531

DATE 3/7/21

PAY TO THE ORDER OF Kaitlin Brady

$ 500⁰⁰

Five hundred and 00/100

DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 3/1 - 3/7

2390076060

770



| Posting Date | 2021 Mar 08 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4715 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4720

66-73/531

DATE 3/19/21

PAY TO THE ORDER OF Kaitlin Brady

$ 400 00

Four hundred and 00/100 ——————— DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR 3/8 - 3/14

| Posting Date | 2021 Mar 19 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $400.00 |
| Posting Check Number | 4720 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4751

66-73/531

DATE 3/26/21

PAY TO THE ORDER OF Kaitlin Brady                    $ 500⁰⁰

Five hundred and ⁰⁰/100                          DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 3/22 - 3/26

2627441485
770

| Posting Date | 2021 Mar 31 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $500.00 |
| Posting Check Number | 4751 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| Posting Date | 2021 Apr 06 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $562.50 |
| Posting Check Number | 4728 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4730

66-73/531

DATE 4/9/21

PAY TO THE ORDER OF Kaitlin Brady

$ 607 50

Six hundred and seven & 50/100

DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 4/5 - 4/9

| Posting Date | 2021 Apr 12 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $607.50 |
| Posting Check Number | 4730 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4731

66-73/531

DATE 4/16/21

PAY TO THE ORDER OF Kaitlin Brady

$ 720 00

Seven hundred and twenty & 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 4/12 - 4/16

| | |
|---|---|
| Posting Date | 2021 Apr 20 |
| DB/CR Indicator | Debit |
| Amount | $720.00 |
| Posting Check Number | 4731 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4745

66-73/531

DATE 4/23/21

PAY TO THE ORDER OF Kaitlin Brady

$ 675.00

Six hundred and seventy-five ⊆ 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 4/19 - 4/23

2902040878
770



| | |
|---|---|
| Posting Date | 2021 Apr 26 |
| DB/CR Indicator | Debit |
| Amount | $675.00 |
| Posting Check Number | 4745 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 May 03 |
| DB/CR Indicator | Debit |
| Amount | $675.00 |
| Posting Check Number | 4763 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 May 11 |
| DB/CR Indicator | Debit |
| Amount | $607.50 |
| Posting Check Number | 4779 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 May 25 |
| DB/CR Indicator | Debit |
| Amount | $157.50 |
| Posting Check Number | 4773 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1106

4794

DATE 5/25/21

PAY TO THE ORDER OF  Kaitlin Brady                    $ 630.00

Six hundred and thirty a 00/100 ————— DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 5/17 - 5/21

3208979308

770

| Posting Date | 2021 May 25 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $630.00 |
| Posting Check Number | 4794 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Jun 02 |
| DB/CR Indicator | Debit |
| Amount | $652.50 |
| Posting Check Number | 4798 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
(704) 605-1108

4797

66-73/531

DATE 6/1/21

PAY TO THE ORDER OF Kaitlin Brady

$ 562 50

Five hundred and sixty - two & 50/100 ———— DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 5/31 - 6/4

| Posting Date | 2021 Jun 04 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $562.50 |
| Posting Check Number | 4797 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4818

66-73/531

DATE 6/11/21

PAY TO THE ORDER OF Kaitlin Brady                    $ 562.50

Five hundred and sixty-two 450/100                    DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 6/7 - 6/11

786

3453549428

| | |
|---|---|
| Posting Date | 2021 Jun 17 |
| DB/CR Indicator | Debit |
| Amount | $562.50 |
| Posting Check Number | 4818 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4796

66-73/531

DATE 6/18/21

PAY TO THE ORDER OF Kaitlin Brady

$ 630⁰⁰

Six hundred and thirty & 00/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 6/14 - 6/18

1115

3497896846

ENDORSE HERE

| | |
|---|---|
| Posting Date | 2021 Jun 22 |
| DB/CR Indicator | Debit |
| Amount | $630.00 |
| Posting Check Number | 4796 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28208
(704) 605-1108

4815

66-73/531

DATE 6/25/21

PAY TO THE ORDER OF Kaitlin Brady $ 797 50

Seven hundred and ninety-seven & 50/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 6/21-6/25 + Stamps

3572611958

| | |
|---|---|
| Posting Date | 2021 Jun 30 |
| DB/CR Indicator | Debit |
| Amount | $797.50 |
| Posting Check Number | 4815 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4830

66-73/531

DATE 7/2/21

PAY TO THE ORDER OF Kaitlin Brady $ 585⁰⁰

Five hundred and eighty-five $ ⁰⁰/₁₀₀ DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR 6/28 - 7/2

3717029564
MFMC
T79

| | |
|---|---|
| Posting Date | 2021 Jul 15 |
| DB/CR Indicator | Debit |
| Amount | $585.00 |
| Posting Check Number | 4830 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Jul 27 |
| DB/CR Indicator | Debit |
| Amount | $933.75 |
| Posting Check Number | 4838 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 505-1108

4848

66-73/531

DATE 7/30/21

PAY TO THE ORDER OF Kaitlin Brady

$ 922.50

Nine hundred and twenty-two & 50/100 DOLLARS

FIFTH THIRD BANK

VOIDED AFTER 90 DAYS

FOR 7/26 - 7/30

3920319637

| | |
|---|---|
| Posting Date | 2021 Aug 05 |
| DB/CR Indicator | Debit |
| Amount | $922.50 |
| Posting Check Number | 4848 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |

A Step Above Limousine Service
1917 Scott Futrell Dr
Charlotte, NC 28209
(704) 605-1108

4862

66-73/531

DATE 8/6/21

PAY TO THE ORDER OF Kaitlin Brady

$ 852 50

Eight hundred and thirty-two & 50/100 ——— DOLLARS

VOIDED AFTER 90 DAYS

FIFTH THIRD BANK

FOR 8/2 - 8/6

777

3974775499

| | |
|---|---|
| Posting Date | 2021 Aug 12 |
| DB/CR Indicator | Debit |
| Amount | $832.50 |
| Posting Check Number | 4862 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Aug 20 |
| DB/CR Indicator | Debit |
| Amount | $900.00 |
| Posting Check Number | 4866 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |





| | |
|---|---|
| Posting Date | 2021 Aug 26 |
| DB/CR Indicator | Debit |
| Amount | $877.50 |
| Posting Check Number | 4879 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Aug 31 |
| DB/CR Indicator | Debit |
| Amount | $877.50 |
| Posting Check Number | 4889 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| Posting Date | 2021 Sep 08 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $1,012.50 |
| Posting Check Number | 4891 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| Posting Date | 2021 Sep 14 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $809.33 |
| Posting Check Number | 4913 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Sep 21 |
| DB/CR Indicator | Debit |
| Amount | $991.47 |
| Posting Check Number | 4925 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Sep 30 |
| DB/CR Indicator | Debit |
| Amount | $914.18 |
| Posting Check Number | 4941 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Oct 04 |
| DB/CR Indicator | Debit |
| Amount | $1,136.60 |
| Posting Check Number | 4946 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |



| | |
|---|---|
| Posting Date | 2021 Oct 13 |
| DB/CR Indicator | Debit |
| Amount | $1,016.79 |
| Posting Check Number | 4971 |
| Posting Account Number | |
| Posting Seq Number | |
| Tran Code | |
| ABA/RT Number | |