| From: | Ayman Abusamak |
|---|---|
| Sent: | Wednesday, September 12, 2018 12:14 PM EDT |
| To: | Peter Todaro |
| Subject: | Re: Pay Day Reminder |

Hey Peter,

Please advise on direct deposit this week:

Hours are as followed:

Andre: 21.6
Cassandra: 39.86
Kaitlin: 20
Tina: 34.27
Micah: 30

Kaitlin Brady
Hr/Operational Manager
704-605-1108 ext 102


On Fri, Sep 7, 2018 at 12:43 PM Ayman Abusamak <management.asals@gmail.com> wrote:
> Hey Peter,
>
> Checking to make sure payroll will be directly deposited tonight?
>
> Kaitlin Brady
> Hr/Operational Manager
> 704-605-1108 ext 102
>
> On Fri, Sep 7, 2018 at 6:49 AM Peter Todaro <DoNotReply@payrollrelief.com> wrote:
>> 
>>
>> Dear A Step Above Limousine Service,
>>
>> This is a reminder that it is time to begin processing payroll for the pay period of 09/03/2018 to 09/09/2018 and with payday on 09/14/2018.
>>
>> To process your payroll on time, your company's payroll data must be made available to our firm as soon as possible. Please be sure to include any changes to employee data, including new employee information, for the latest pay period.
>>
>> Remember that Direct Deposit funds must be available in your bank account for processing 3 business days prior to 09/14/2018 for employee deposit by payday.
>>
>> If you have any questions or issues, please contact our firm as soon as possible.

# Conversation with: Kaitlin Brady. CLT OFFICE (+17047771742)

| Type | Date | Content |
|---|---|---|
| Sent | Mar 16, 2018 9:08:57 AM | Hey Kaitlin, It was really nice Meeting you yesterday. If possible can we meet on Monday at 9:00 a.m. at the office |
| Sent | Mar 16, 2018 2:28:13 PM | Hey Katie, just wanted to check inn with you and make sure we all set for Monday morning |
| Received | Mar 16, 2018 2:50:05 PM | Hey! Yes sorry been helping out at my family's business this morning and afternoon. Was going to call after I left here. |
| Sent | Mar 16, 2018 3:03:33 PM | Ok cool thank you |
| Received | Mar 18, 2018 10:01:39 PM | Hello, sorry for the delayed response such a busy weekend with the holiday. Ready and excited to start this week with the company. I did have a couple more questions while I was running over numbers, my budget, and an additional offer from an other company I received. Wanted to discuss vacation time or sick/personal days, if you were offering benefits, if your needing me to take over payroll is that an in house job or do you use an outside service that I would work with? Again sorry for the late text I'll be up for a bit or we can discuss tomorrow. That's all I have for now. 😀Tomorrow when we go over your layout, plans, and what I can do to bring everything to the next level with your needs, I may have some additional questions. |
| Sent | Mar 18, 2018 10:13:18 PM | Hey Katlin, Same here I am excited ! The payroll would be in house But you would have different tasks than just only payroll . Looking forward to working with you. Sure that something we can definitely discuss tomorrow about vacation time or sick days. See you in the a.m. . |
| Received | Mar 19, 2018 9:01:39 AM | Hello, hit major traffic. Almost there😅 now I know I need 45 mins |
| Received | Mar 19, 2018 1:28:13 PM | Hey! Do we need Microsoft office for the computers? |
| Sent | Mar 19, 2018 1:31:46 PM | I think already have that just need to sign to itn |
| Received | Mar 19, 2018 2:03:35 PM | Last thing $150 for all 3 computers 24/7 geek squad support [in orange]. Yes or no? |
| Received Sent by: | Mar 19, 2018 | |

A Step Above_0006408

| | | |
|---|---|---|
| Received Sent by: Kaitlin | Sep 12, 2018 4:11:06 PM | |
| Received | Sep 12, 2018 4:15:50 PM | Best price for wedding. Oct 13th. 2-55 pax for 7hrs, and 3 limo transfers or hourly. Plus rehearsal on fri night before in mini bus for 3hrs. They want to use us but competitor is slightly cheaper |
| Received | Sep 12, 2018 4:46:31 PM | Scanner isn't working |
| Sent | Sep 12, 2018 4:48:08 PM | Ugh |
| Received | Sep 12, 2018 4:55:06 PM | My computer says there is no connecting scanners. I can't send Hawaiian paperwork only quote. Im stuck |
| Sent | Sep 12, 2018 4:55:43 PM | 😭😭 try to restart or see if there is an update |
| Received | Sep 12, 2018 4:56:26 PM | I tried update. |
| Received | Sep 12, 2018 5:06:14 PM | Did someone do 6am pickup travelliance is saying no and they canceled card |
| Sent | Sep 12, 2018 5:07:04 PM | That was me .. card no good |
| Received | Sep 12, 2018 5:07:39 PM | They said none arrived And they canceled the trip |
| Sent | Sep 12, 2018 8:32:51 PM | Will I sent a car out there and no one cancelled |
| Received | Sep 12, 2018 8:41:55 PM | Ok I'll let cassandra know |
| Sent | Sep 13, 2018 | We cant pay micah 30 hrs this week !! Sick 2 days and n then busy the next |

| | | |
|---|---|---|
| | 11:16:36 AM | |
| Sent | Sep 13, 2018 11:16:59 AM | Make sure we take some of the bill he owes this week |
| Received | Sep 13, 2018 11:17:17 AM | Where is he |
| Sent | Sep 13, 2018 11:17:18 AM | I have a free moment if you want to chat |
| Sent | Sep 13, 2018 11:17:25 AM | Not answering now |
| Sent | Sep 13, 2018 11:17:39 AM | 😡 |
| Sent | Sep 13, 2018 11:18:14 AM | He still has not hired anyone and cars need repair |
| Received | Sep 13, 2018 11:18:24 AM | How many hours do you want to pay |
| Received | Sep 13, 2018 11:18:32 AM | I know tell me about it |
| Sent | Sep 13, 2018 11:19:11 AM | Not sure but pissed now no more than 20 |
| Sent | Sep 13, 2018 11:19:19 AM | Cause of two days off |
| Received | Sep 13, 2018 11:22:09 AM | Ok let me tell peter |
| Sent | Sep 13, 2018 11:22:59 AM | Did he work the Monday or Tuesday at all |

| From: | Ayman Abusamak |
|---|---|
| Sent: | Thursday, September 13, 2018 11:41 AM EDT |
| To: | Peter J. Todaro |
| Subject: | Re: Pay Day Reminder |

Hello Peter,

I can meet you tomorrow morning around 915 am at the QT gas station address **3282 US-21, Fort Mill, SC 29715**. Does this work? Also is there any way to adjust Micah's Payroll to 20 hours instead of 30?

Kaitlin Brady
Hr/Operational Manager
704-605-1108 ext 102

On Thu, Sep 13, 2018 at 11:13 AM Peter J. Todaro <peter.todaro@todaroassociatesinc.com> wrote:

> Hey Kaitlin,
>
> That's fine I could meet you in Fort Mill just let me know where.
>
> Sincerely,
>
> Peter J Todaro
>
> Todaro & Associates Inc.
>
> 17228 Lancaster Highway #211
>
> Charlotte, NC 28277
>
> Phone: 704-543-9985 Ext 102
>
> Fax: 704-341-1946
>
> Book your appointment on-line

[Upload your files scured here!](#)

Find us on Google [google.com/+TodaroAssociatesIncCharlotte](#)

Follow us on facebook  [Facebook - Todaro & Associates Inc](#)

web site - [www.todaroinc.com](#)

email – [peter.todaro@todaroinc.com](#)

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation

**From:** Ayman Abusamak <[management.asals@gmail.com](#)>
**Sent:** 09/13/2018 10:54 AM
**To:** Peter J. Todaro <[peter.todaro@todaroassociatesinc.com](#)>
**Subject:** Re: Pay Day Reminder

Hey Peter,

Please make sure not to mail the checks this week. The mailbox key is with Ayman in ATL, please either leave outside the front door or I can meet you since I live in Fort Mill.

Kind Regards,

Kaitlin Brady

A Step Above_0001343

Hr/Operational Manager

704-605-1108 ext 102

On Wed, Sep 12, 2018 at 3:57 PM Peter J. Todaro <peter.todaro@todaroassociatesinc.com> wrote:

Hi Kaitlin,

No I'm sorry they require 3 days prior to payroll pay date for direct deposit so if you could get me the payroll by Tuesday we should be all set for direct deposit.

Sincerely,

Peter J Todaro

Todaro & Associates Inc.

17228 Lancaster Highway #211

Charlotte, NC 28277

Phone:  704-543-9985 Ext 102

Fax:  704-341-1946

Book your appointment on-line

Upload your files scured here!

Find us on Google  google.com/+TodaroAssociatesIncCharlotte

Follow us on facebook  Facebook - Todaro & Associates Inc

web site - www.todaroinc.com

email – peter.todaro@todaroinc.com

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation

**From:** Ayman Abusamak <management.asals@gmail.com>
**Sent:** 09/12/2018 12:15 PM
**To:** Peter J. Todaro <peter.todaro@todaroassociatesinc.com>
**Subject:** Re: Pay Day Reminder

Hey Peter,

Please advise on direct deposit this week:

Hours are as followed:

Andre: 21.6

Cassandra: 39.86

Kaitlin: 20

Tina: 34.27

Micah: 30

Kaitlin Brady

Case 3:22-cv-00252-FDW-SCR   Document 20-4   Filed 04/19/23   Page 8 of 9

A Step Above_0001345

web site - www.todaroinc.com

email – peter.todaro@todaroinc.com

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation

**From:** Ayman Abusamak <management.asals@gmail.com>
**Sent:** 09/12/2018 12:15 PM
**To:** Peter J. Todaro <peter.todaro@todaroassociatesinc.com>
**Subject:** Re: Pay Day Reminder

Hey Peter,

Please advise on direct deposit this week:

Hours are as followed:

Andre: 21.6

Cassandra: 39.86

Kaitlin: 20

Tina: 34.27

Micah: 30

Kaitlin Brady

Hr/Operational Manager

704-605-1108 ext 102

On Fri, Sep 7, 2018 at 12:43 PM Ayman Abusamak <management.asals@gmail.com> wrote:

Hey Peter,

Checking to make sure payroll will be directly deposited tonight?

Kaitlin Brady

Hr/Operational Manager

704-605-1108 ext 102

On Fri, Sep 7, 2018 at 6:49 AM Peter Todaro <DoNotReply@payrollrelief.com> wrote:

Dear A Step Above Limousine Service,

This is a reminder that it is time to begin processing payroll for the pay period of 09/03/2018 to 09/09/2018 and with payday on 09/14/2018.

To process your payroll on time, your company's payroll data must be made available to our firm as soon as possible. Please be sure to include any changes to employee data, including new employee information, for the latest pay period.

Remember that Direct Deposit funds must be available in your bank account for processing 3 business days prior to 09/14/2018 for employee deposit by payday.

If you have any questions or issues, please contact our firm as soon as possible.

Thank You

Peter Todaro

A Step Above_0001346