| Date | Number of Text Messages Sent | Number of Text Messages Received | Earliest Message | Latest Message |
|---|---|---|---|---|
| Friday, March 20, 2020 | 1 | 1 | 1:07:19 PM | 1:12:48 PM |
| Saturday, March 21, 2020 | 0 | 0 | | |
| Sunday, March 22, 2020 | 0 | 0 | | |
| Monday, March 23, 2020 | 7 | 5 | 9:02:08 AM | 5:40:57 PM |
| Tuesday, March 24, 2020 | 0 | 0 | | |
| Wednesday, March 25, 2020 | 0 | 0 | | |
| Thursday, March 26, 2020 | 8 | 8 | 11:09:58 AM | 3:14:32 PM |
| Friday, March 27, 2020 | 6 | 12 | 10:12:34 AM | 11:38:25 PM |
| Saturday, March 28, 2020 | 0 | 0 | | |
| Sunday, March 29, 2020 | 7 | 5 | 2:41:55 PM | 4:46:06 PM |
| Monday, March 30, 2020 | 1 | 1 | 8:45:28 AM | 8:51:17 AM |
| Tuesday, March 31, 2020 | 1 | 1 | 2:27:23 PM | 2:28:13 PM |
| Wednesday, April 1, 2020 | 2 | 4 | 11:41:40 AM | 3:41:34 PM |
| Thursday, April 2, 2020 | 0 | 1 | 2:24:25 PM | 2:24:25 PM |
| Friday, April 3, 2020 | 3 | 3 | 1:12:29 PM | 5:40:15 PM |
| Saturday, April 4, 2020 | 1 | 5 | 12:25:43 PM | 1:52:10 PM |
| Sunday, April 5, 2020 | 2 | 1 | 10:16:44 AM | 11:58:12 PM |
| Monday, April 6, 2020 | 1 | 1 | 1:11:48 PM | 1:49:21 PM |
| Tuesday, April 7, 2020 | 0 | 0 | | |
| Wednesday, April 8, 2020 | 3 | 5 | 10:06:35 AM | 10:44:22 AM |
| Thursday, April 9, 2020 | 1 | 2 | 9:16:57 AM | 9:23:18 AM |
| Friday, April 10, 2020 | 5 | 5 | 8:36:48 AM | 12:22:11 PM |
| Saturday, April 11, 2020 | 0 | 0 | | |
| Sunday, April 12, 2020 | 0 | 0 | | |
| Monday, April 13, 2020 | 1 | 2 | 3:38:46 PM | 3:57:19 PM |
| Tuesday, April 14, 2020 | 0 | 0 | | |
| Wednesday, April 15, 2020 | 1 | 2 | 12:39:29 PM | 12:41:38 PM |
| Thursday, April 16, 2020 | 2 | 5 | 5:29:45 PM | 6:23:23 PM |
| Friday, April 17, 2020 | 3 | 4 | 5:37:40 PM | 9:51:47 PM |
| Saturday, April 18, 2020 | 0 | 2 | 11:45:23 PM | 11:45:53 PM |
| Sunday, April 19, 2020 | 3 | 3 | 6:04:26 PM | 6:15:59 PM |
| Monday, April 20, 2020 | 8 | 5 | 1:01:23 PM | 4:15:43 PM |
| Tuesday, April 21, 2020 | 0 | 0 | | |
| Wednesday, April 22, 2020 | 1 | 1 | 5:52:43 PM | 6:23:33 PM |
| Thursday, April 23, 2020 | 0 | 0 | | |
| Friday, April 24, 2020 | 4 | 6 | 7:36:54 PM | 7:47:16 PM |
| Saturday, April 25, 2020 | 0 | 0 | | |
| Sunday, April 26, 2020 | 0 | 0 | | |
| Monday, April 27, 2020 | 1 | 4 | 2:56:59 PM | 2:58:50 PM |
| Tuesday, April 28, 2020 | 10 | 14 | 2:44:24 PM | 8:26:54 PM |

| Date | Col2 | Col3 | Start | End |
|---|---|---|---|---|
| Wednesday, April 29, 2020 | 1 | 6 | 7:02:20 PM | 11:00:35 PM |
| Thursday, April 30, 2020 | 1 | 0 | 9:27:11 PM | 9:27:11 AM |
| Friday, May 1, 2020 | 0 | 0 | | |
| Saturday, May 2, 2020 | 0 | 0 | | |
| Sunday, May 3, 2020 | 0 | 0 | | |
| Monday, May 4, 2020 | 2 | 2 | 2:22:39 PM | 2:57:21 PM |
| Tuesday, May 5, 2020 | 0 | 0 | | |
| Wednesday, May 6, 2020 | 3 | 3 | 7:47:34 AM | 12:36:51 PM |
| Thursday, May 7, 2020 | 5 | 6 | 3:17:01 PM | 9:54:14 PM |
| Friday, May 8, 2020 | 0 | 0 | | |
| Saturday, May 9, 2020 | 2 | 1 | 12:06:14 PM | 1:47:29 PM |
| Sunday, May 10, 2020 | 4 | 3 | 10:55:24 AM | 1:56:28 PM |
| Monday, May 11, 2020 | 0 | 0 | | |
| Tuesday, May 12, 2020 | 0 | 0 | | |
| Wednesday, May 13, 2020 | 2 | 1 | 9:36:57 AM | 1:20:22 PM |
| Thursday, May 14, 2020 | 0 | 0 | | |
| Friday, May 15, 2020 | 0 | 2 | 6:09:33 PM | 10:13:34 PM |
| Saturday, May 16, 2020 | 0 | 1 | 5:05:00 PM | 5:05:00 PM |
| Sunday, May 17, 2020 | 0 | 0 | | |
| Monday, May 18, 2020 | 0 | 0 | | |
| Tuesday, May 19, 2020 | 9 | 5 | 11:01:23 AM | 5:12:58 PM |
| Wednesday, May 20, 2020 | 0 | 0 | | |
| Thursday, May 21, 2020 | 3 | 2 | 12:01:36 PM | 12:03:13 PM |
| Friday, May 22, 2020 | 9 | 8 | 10:19:40 AM | 11:59:47 PM |
| Saturday, May 23, 2020 | 3 | 6 | 12:20:05 AM | 3:07:21 PM |
| Sunday, May 24, 2020 | 2 | 1 | 9:32:00 PM | 9:56:27 PM |
| Monday, May 25, 2020 | 0 | 0 | | |
| Tuesday, May 26, 2020 | 1 | 1 | 9:55:34 AM | 10:14:25 AM |
| Wednesday, May 27, 2020 | 5 | 5 | 6:37:46 AM | 7:30:29 AM |
| Thursday, May 28, 2020 | 2 | 1 | 4:18:50 PM | 7:28:31 PM |
| Friday, May 29, 2020 | 1 | 3 | 10:04:03 AM | 10:48:11 AM |
| Saturday, May 30, 2020 | 0 | 0 | | |
| Sunday, May 31, 2020 | 2 | 4 | 3:14:23 PM | 4:32:05 PM |
| Monday, June 1, 2020 | 0 | 0 | | |
| Tuesday, June 2, 2020 | 0 | 0 | | |
| Wednesday, June 3, 2020 | 0 | 0 | | |
| Thursday, June 4, 2020 | 0 | 0 | | |
| Friday, June 5, 2020 | 0 | 0 | | |
| Saturday, June 6, 2020 | 3 | 2 | 4:56:14 PM | 6:09:06 PM |
| Sunday, June 7, 2020 | 4 | 4 | 1:37:39 PM | 2:37:07 PM |
| Monday, June 8, 2020 | 11 | 13 | 9:52:46 AM | 7:37:21 PM |
| Tuesday, June 9, 2020 | 0 | 0 | | |
| Wednesday, June 10, 2020 | 5 | 1 | 9:25:47 AM | 3:35:38 PM |

| Date | | | | |
|---|---:|---:|---:|---:|
| Thursday, June 11, 2020 | 0 | 0 | | |
| Friday, June 12, 2020 | 0 | 0 | | |
| Saturday, June 13, 2020 | 0 | 0 | | |
| Sunday, June 14, 2020 | 0 | 0 | | |
| Monday, June 15, 2020 | 3 | 1 | 8:57:31 AM | 11:13:48 PM |
| Tuesday, June 16, 2020 | 4 | 6 | 5:13:07 AM | 1:25:17 PM |
| Wednesday, June 17, 2020 | 2 | 2 | 11:09:45 AM | 4:17:45 AM |
| Thursday, June 18, 2020 | 0 | 0 | | |
| Friday, June 19, 2020 | 0 | 0 | | |
| Saturday, June 20, 2020 | 0 | 0 | | |
| Sunday, June 21, 2020 | 4 | 4 | 10:52:51 AM | 2:51:32 PM |
| Monday, June 22, 2020 | 3 | 5 | 11:08:21 AM | 11:32:12 AM |
| Tuesday, June 23, 2020 | 6 | 37 | 11:11:15 AM | 5:17:08 AM |
| Wednesday, June 24, 2020 | 8 | 9 | 2:19:09 PM | 6:38:34 PM |
| Thursday, June 25, 2020 | 10 | 7 | 9:19:20 AM | 12:10:01 PM |
| Friday, June 26, 2020 | 0 | 0 | | |
| Saturday, June 27, 2020 | 0 | 0 | | |
| Sunday, June 28, 2020 | 0 | 0 | | |
| Monday, June 29, 2020 | 3 | 3 | 8:12:22 AM | 9:10:49 AM |
| Tuesday, June 30, 2020 | 2 | 1 | 11:03:11 AM | 1:59:18 PM |
| Wednesday, July 1, 2020 | 2 | 3 | 8:50:39 AM | 11:10:22 AM |
| Thursday, July 2, 2020 | 9 | 13 | 8:22:46 AM | 9:41:27 PM |
| Friday, July 3, 2020 | 0 | 0 | | |
| Saturday, July 4, 2020 | 0 | 0 | | |
| Sunday, July 5, 2020 | 3 | 3 | 11:59:03 AM | 12:18:07 PM |
| Monday, July 6, 2020 | 2 | 2 | 10:24:22 PM | 10:27:21 PM |
| Tuesday, July 7, 2020 | 12 | 2 | 10:41:06 AM | 3:29:18 PM |
| Wednesday, July 8, 2020 | 3 | 1 | 10:21:10 AM | 4:52:16 PM |
| Thursday, July 9, 2020 | 24 | 16 | 11:42:25 AM | 4:42:22 PM |
| Friday, July 10, 2020 | 10 | 18 | 10:02:46 AM | 5:18:54 PM |
| Saturday, July 11, 2020 | 0 | 0 | | |
| Sunday, July 12, 2020 | 0 | 0 | | |
| Monday, July 13, 2020 | 0 | 0 | | |
| Tuesday, July 14, 2020 | 2 | 1 | 2:02:46 PM | 4:31:53 PM |
| Wednesday, July 15, 2020 | 8 | 7 | 4:57:48 AM | 3:03:16 PM |
| Thursday, July 16, 2020 | 16 | 12 | 9:00:07 AM | 6:01:59 PM |
| Friday, July 17, 2020 | 12 | 3 | 10:08:56 AM | 10:17:01 AM |
| Saturday, July 18, 2020 | 0 | 0 | | |
| Sunday, July 19, 2020 | 0 | 0 | | |
| Monday, July 20, 2020 | 9 | 12 | 11:11:47 AM | 11:25:46 AM |
| Tuesday, July 21, 2020 | 7 | 2 | 10:33:23 AM | 5:51:58 PM |
| Wednesday, July 22, 2020 | 5 | 3 | 12:45:33 PM | 2:13:46 PM |
| Thursday, July 23, 2020 | 14 | 13 | 11:31:40 AM | 6:39:23 PM |

| Date | Count1 | Count2 | Start | End |
|---|---|---|---|---|
| Friday, July 24, 2020 | 6 | 6 | 10:09:49 AM | 10:38:41 AM |
| Saturday, July 25, 2020 | 0 | 0 | | |
| Sunday, July 26, 2020 | 0 | 0 | | |
| Monday, July 27, 2020 | 3 | 1 | 11:32:14 AM | 12:48:14 PM |
| Tuesday, July 28, 2020 | 15 | 13 | 9:59:43 AM | 3:29:38 PM |
| Wednesday, July 29, 2020 | 6 | 5 | 12:14:59 PM | 1:38:21 PM |
| Thursday, July 30, 2020 | 13 | 7 | 12:13:17 PM | 11:47:17 PM |
| Friday, July 31, 2020 | 16 | 17 | 11:13:08 AM | 1:09:25 PM |
| Saturday, August 1, 2020 | 0 | 0 | | |
| Sunday, August 2, 2020 | 0 | 0 | | |
| Monday, August 3, 2020 | 36 | 32 | 7:33:51 AM | 7:24:40 PM |
| Tuesday, August 4, 2020 | 42 | 31 | 10:58:32 AM | 6:52:34 PM |
| Wednesday, August 5, 2020 | 9 | 6 | 10:55:11 AM | 11:46:06 AM |
| Thursday, August 6, 2020 | 23 | 17 | 11:32:25 AM | 4:26:37 PM |
| Friday, August 7, 2020 | 0 | 0 | | |
| Saturday, August 8, 2020 | 0 | 0 | | |
| Sunday, August 9, 2020 | 0 | 0 | | |
| Monday, August 10, 2020 | 0 | 0 | | |
| Tuesday, August 11, 2020 | 7 | 8 | 8:49:31 AM | 12:20:47 PM |
| Wednesday, August 12, 2020 | 3 | 6 | 12:16:02 PM | 12:38:52 PM |
| Thursday, August 13, 2020 | 7 | 8 | 2:25:23 PM | 11:08:58 PM |
| Friday, August 14, 2020 | 1 | 1 | 6:14:52 PM | 6:15:52 PM |
| Saturday, August 15, 2020 | 0 | 0 | | |
| Sunday, August 16, 2020 | 0 | 0 | | |
| Monday, August 17, 2020 | 0 | 0 | | |
| Tuesday, August 18, 2020 | 14 | 8 | 8:05:29 AM | 3:41:15 PM |
| Wednesday, August 19, 2020 | 13 | 12 | 9:11:43 AM | 10:00:27 PM |
| Thursday, August 20, 2020 | 9 | 0 | 10:37:07 AM | 2:03:39 PM |
| Friday, August 21, 2020 | 1 | 0 | 9:44:21 PM | 9:44:21 AM |
| Saturday, August 22, 2020 | 6 | 6 | 5:37:20 AM | 2:28:38 PM |
| Sunday, August 23, 2020 | 5 | 4 | 9:38:42 AM | 7:56:04 PM |
| Monday, August 24, 2020 | 4 | 5 | 8:35:07 AM | 11:14:39 AM |
| Tuesday, August 25, 2020 | 6 | 5 | 9:51:30 AM | 5:10:57 PM |
| Wednesday, August 26, 2020 | 0 | 0 | | |
| Thursday, August 27, 2020 | 1 | 1 | 11:27:33 AM | 11:28:01 AM |
| Friday, August 28, 2020 | 6 | 7 | 9:48:26 AM | 3:17:16 PM |
| Saturday, August 29, 2020 | 0 | 0 | | |
| Sunday, August 30, 2020 | 2 | 3 | 4:26:29 PM | 8:17:50 PM |
| Monday, August 31, 2020 | 4 | 3 | 9:36:38 AM | 9:54:02 AM |
| Tuesday, September 1, 2020 | 0 | 0 | | |
| Wednesday, September 2, 2020 | 0 | 0 | | |
| Thursday, September 3, 2020 | 3 | 0 | 9:19:46 AM | 9:53:12 AM |
| Friday, September 4, 2020 | 7 | 5 | 2:59:27 PM | 5:16:51 PM |

| Date | | | | |
|---|---|---|---|---|
| Saturday, September 5, 2020 | 0 | 0 | | |
| Sunday, September 6, 2020 | 0 | 0 | | |
| Monday, September 7, 2020 | 6 | 6 | 6:53:48 PM | 9:25:05 PM |
| Tuesday, September 8, 2020 | 0 | 0 | | |
| Wednesday, September 9, 2020 | 15 | 16 | 10:19:37 AM | 2:33:58 PM |
| Thursday, September 10, 2020 | 3 | 4 | 7:17:06 AM | 10:27:24 AM |
| Friday, September 11, 2020 | 3 | 2 | 9:45:07 AM | 3:38:29 AM |
| Saturday, September 12, 2020 | 0 | 0 | | |
| Sunday, September 13, 2020 | 5 | 6 | 6:01:13 PM | 7:32:03 PM |
| Monday, September 14, 2020 | 10 | 13 | 9:16:38 AM | 9:59:44 PM |
| Tuesday, September 15, 2020 | 4 | 4 | 10:15:43 AM | 10:27:34 AM |
| Wednesday, September 16, 2020 | 0 | 0 | | |
| Thursday, September 17, 2020 | 4 | 1 | 2:53:28 PM | 3:12:01 PM |
| Friday, September 18, 2020 | 2 | 3 | 10:22:09 AM | 11:25:19 AM |
| Saturday, September 19, 2020 | 0 | 0 | | |
| Sunday, September 20, 2020 | 0 | 0 | | |
| Monday, September 21, 2020 | 13 | 12 | 9:19:43 AM | 2:19:27 PM |
| Tuesday, September 22, 2020 | 1 | 0 | 3:25:48 PM | 3:25:48 PM |
| Wednesday, September 23, 2020 | 4 | 2 | 9:15:53 AM | 4:03:13 PM |
| Thursday, September 24, 2020 | 13 | 1 | 6:48:41 AM | 5:09:02 PM |
| Friday, September 25, 2020 | 1 | 0 | 10:29:02 AM | 10:29:02 AM |
| Saturday, September 26, 2020 | 9 | 11 | 7:29:28 AM | 1:13:03 PM |
| Sunday, September 27, 2020 | 0 | 0 | | |
| Monday, September 28, 2020 | 6 | 8 | 3:19:46 PM | 6:42:41 PM |
| Tuesday, September 29, 2020 | 2 | 2 | 10:35:12 AM | 11:00:22 PM |
| Wednesday, September 30, 2020 | 17 | 8 | 10:05:11 AM | 10:25:20 PM |