**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil No. 3:22-cv-00252-FDW-DSC**

| | | |
|---|---|---|
| **KAITLIN BRADY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION TO STRIKE** |
| **A STEP ABOVE LIMO SERVICE, LLC,** | ) | **AMENDED AFFIDAVIT AND FOR** |
| **and AYMAN S. ABUSAMAK,** | ) | **SANCTIONS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

UPON CONSIDERATION of the Plaintiff's Motion to Strike Amended Affidavit and for

Sanctions, the Motion is GRANTED as follows:

(1)     The Amended Affidavit of Defendant Ayman S. Abusamak (ECF No. 28) is hereby STRICKEN from the record;

(2)     The Court ORDERS [Defendants / Defendants' Counsel] to pay the reasonable attorney's fees incurred by Plaintiff relating to the issues raised in Plaintiff's Motion to Strike Amended Affidavit and for Sanctions. Plaintiff's counsel shall file an attorney fee petition with the Court on or before _____, 2023.

IT IS SO ORDERED.

_____
U.S. District Court or Magistrate Judge