**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CV-00252-FDW-SCR**

| | | |
|---|---|---|
| **KAITLIN BRADY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER & NOTICE** |
| | ) | |
| **A STEP ABOVE LIMO SERVICE, LLC, and** | ) | |
| **AYMAN S. ABUSAMAK,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court *sua sponte* as to the trial setting in this case, which is currently scheduled to take place during the July 10, 2023, mixed trial term. (Doc. No. 12). In light of the upcoming Judicial Settlement Conference before Magistrate Judge Susan C. Rodriguez, (Doc. Nos. 34–36; Text-Only Order issued on June 30, 2023), the parties shall **TAKE NOTICE** that the trial in this matter shall begin at 9:00 a.m. on July 17, 2023, in Courtroom #5B of the Charles R. Jonas Federal Building, located at 401 West Trade Street, Charlotte, North Carolina, 28202. The parties shall submit their jointly-prepared Pretrial Submissions no later than Wednesday, July 12, 2023.

   **IT IS SO ORDERED.**

Signed: June 30, 2023

Frank D. Whitney
United States District Judge